Sheehan & Associates, P.C.
Spencer Sheehan
spencer@spencersheehan.com
(516) 303-0552

| | |
|---|---|
| United States District Court<br>Eastern District of New York | 1:19-cv-05259-BMC |
| June Varelli individually and on behalf of all others similarly situated<br><br>                    Plaintiff<br><br>            - against -<br><br>Blue Diamond Growers<br><br>                    Defendant | <br><br><br><br>Notice of Voluntary Dismissal |

Plaintiff gives notice this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   September 27, 2019

                                                      Respectfully submitted,

                                                      Sheehan & Associates, P.C.

                                                      /s/Spencer Sheehan
                                                      Spencer Sheehan
                                                      505 Northern Blvd., Suite 311
                                                      Great Neck, NY 11021
                                                      (516) 303-0552
                                                      spencer@spencersheehan.com
                                                      E.D.N.Y. #  SS-8533
                                                      S.D.N.Y. #  SS-2056

1:19-cv-05259-BMC
United States District Court
Eastern District of New York

June Varelli individually and on behalf of all others similarly situated

Plaintiff

- against -

Blue Diamond Growers

Defendants

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
505 Northern Blvd., #311
  Great Neck, NY 11021
  Tel: (516) 303-0552
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated: September 27, 2019

                                              /s/ Spencer Sheehan
                                                Spencer Sheehan